OPINION — AG — ** DEPARTMENT OF PUBLIC SAFETY — PERSONNEL — TITLES ** UNDER 74 O.S. 1811.4 [74-1811.4](E) THE DEPARTMENT OF PUBLIC SAFETY MUST RETAIN THE JOB TITLE OF A PERSON AS A POLICE OFFICER BY THE OKLAHOMA CAPITOL IMPROVEMENT AUTHORITY PRIOR TO TRANSFER OF THE POSITION TO THE DEPARTMENT OF PUBLIC SAFETY. (STATE OFFICERS AND EMPLOYEES, JOB TITLE CLASSIFICATION, CURRENT TITLES, RETAIN) CITE: 74 O.S. 1811.4 [74-1811.4](E) (HUGH A. MANNING)